IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GOLDEN VASQUEZ,**

       **Petitioner,**

v.                                              Case No. 4:17cv465-MW/CAS

**JULIE L. JONES, Secretary,**
**Florida Department of Corrections,**

       **Respondent.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The § 2254 petition, ECF No. 1, is **DENIED**. Respondent's motion to dismiss, ECF No. 7, is **DENIED as moot**. A Certificate of Appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on April 4, 2018.**

                                               **s/Mark E. Walker**     
                                               **United States District Judge**